UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| CIERRA SPELLER AND DEMARCUS WILLIAMSON<br>    Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC., AND CREDIT BUREAU SERVICES OF IOWA, INC.,<br>    Defendant. | ) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) Case No.<br>) 4-22-cv-7<br>)<br>)<br>)<br>) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I.   INTRODUCTION

1. This is an action for actual and statutory damages brought by Plaintiffs Cierra Speller and Demarcus Williamson individual consumers, against Defendants, Portfolio Recovery Associates, LLC., ("Portfolio Recovery") and Credit Bureau Services of Iowa, Inc., ("CBS") for violations of the Fair Debt Collection Practices Act, 15 U.S.C § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II.   JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C § 1692k(d) 28 U.S.C 1331. Venue in this District is proper in that the Defendants transact business in West Des Moines,

Polk County, Iowa, and the conduct complained of occurred in West Des Moines, Polk County, Iowa.

## III.   PARTIES

3. Plaintiff **Cierra Speller** (hereinafter "Ms. Speller") is a natural person residing in Waterloo, Black Hawk County, Iowa. Ms. Speller is a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C. §1692a(3).

4. Plaintiff **Demarcus Williamson** (hereinafter "Mr. Williamson") is a natural person residing in West Des Moines, Polk County, Iowa. Mr. Williamson has been assigned (100%) of Plaintiffs claims herein, Mr. Williamson is also Attorney-In-Fact pursuant to Iowa Code title 15, Section 633B.

5. Upon information and belief, **Portfolio Recovery Associates, LLC.**, is a Virginia corporation with its principal place of business located at 130 Corporate Blvd, Norfolk, VA 23502.

6. Upon information and belief, **Portfolio Recovery Associates, LLC.**, Registered Agent is located at 505 5th Ave Ste. 729, Des Moines, IA 50309.

7. Upon information and belief, **Credit Bureau Services of Iowa, Inc.**, is an Iowa corporation with its principal place of business located at 1306 S 7th Street, Oskaloosa, IA 52577.

8. Upon information and belief, Credit Bureau Services of Iowa, Inc., Registered Agent is located at 1306 S 7th Street, Oskaloosa, IA 52577.

9. Defendant Portfolio Recovery Associates, LLC., and Credit Bureau Services of Iowa, Inc., is engaged in the collection of debt from consumers using the mail and telephone. Defendant regularly attempt to collect consumers' debts alleged to be due to another's.

## IV.   FACTS OF THE COMPLAINT

10. Defendants Portfolio Recovery Associates, LLC., and Credit Bureau Services of Iowa, Inc., (hereinafter referred to as "Debt Collector") is a "debt collector" as defined by the FDCPA, 15 U.S.C 1692a(6).

11. On or about January 03, 2022, Plaintiff Ms. Speller reviewed her credit report on "Credit Karma."

12. On the credit report, Ms. Speller observed trade lines from Debt Collector's.

13. Debt Collector (Portfolio Recovery Associates, LLC.,) being reported furnished two trade lines in the amounts of $472 and $711, allegedly owed to Capital One Bank NA.

14. Debt Collector (Credit Bureau Services of Iowa Inc.,) being reported furnished a trade line in the amounts of $40, allegedly owed to Northeast Iowa Podiatry.

15. On January 05, 2022, the Plaintiff spoke with Debt Collector (Portfolio Recovery Associates, LLC.,) representative, via telephone. While on the telephone Debt Collectors representative said that the tradeline in the amount of $472 defaulted on May 15, 2020 and that the tradeline in the amount of $711 defaulted on September 12, 2016.

16. Debt Collector (Portfolio Recovery Associates, LLC.,) reported an open date on the listed trade lines to be August 18, 2021 for trade line in the amount of $472 and December 21, 2017 for the trade line in the amount of $711. Therefore, the Debt Collector reported false and different open/defaulted dates when the Debt Collector knew of the correct open/defaulted dates from its own records.

17. On January 05, 2022, the Plaintiff spoke with Debt Collector's (Credit Bureau Services of Iowa, Inc.,) representative, via telephone. While on the telephone Debt Collectors representative said the date of default was June 14, 2016.

18. Debt Collector (Credit Bureau Services of Iowa, Inc.,) reported an open date on the listed trade line to be October 11, 2016. Therefore, the Debt Collector reported false and different open/defaulted dates when the Debt Collector knew of the correct open/defaulted dates from its own records.

19. The re-aging and manipulating of the dates artificially lowered Plaintiff FICO scores more than if the trade lines were being reported accurately, as well as, making the accounts seem more recently delinquent than it really was to potential creditors, causing Plaintiff damage.

20. Debt Collector's publishing of such inaccurate and incomplete information has severely damaged the personal and credit reputation of Ms. Speller and caused severe humiliation, emotional distress, mental anguish and lower FICO Scores.

## V.   CLAIM FOR RELIEF
### (Defendant Portfolio Recovery Associates, LLC., & Credit Bureau Services of Iowa, Inc.,)
### 15 U.S.C. §1692e(8) 15 U.S.C. §1692e(2)

21. Ms. Speller re-alleges and reincorporates all previous paragraphs as if fully set out herein.

22. The Debt Collector violated the FDCPA.

23. The Debt Collector's violations include, but are not limited to, the following:

   15 U.S.C § 1692e(8) and 15 U.S.C § 1692e(2) of the FDCPA by reporting a third party (consumer reporting agencies) false information when it knew from its own records the true open date.

24. As a result of the above violations of the FDCPA, the Defendants are liable to the Ms. Speller actual damages, statutory damages and cost.

## VI.   JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Ms. Speller and Mr. Williamson respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against the Debt Collectors for:

A. Judgment for the violations occurred for violating the FDCPA;

B. Actual damages pursuant to 15 U.S.C 1692k(1)(2);

C. Statutory damages pursuant to 15 U.S.C 1692k(2);

D. Cost pursuant to 15 U.S.C 1692k(3);

E. For deletion and further relief as the Court may deem just and proper.

Respectfully submitted:

*[signature]*

DeMarcus Williamson
Attorney-In-Fact Iowa Code Title 15, Section 633B.

1173 Prairie View Drive Apt 73208
West Des Moines, IA 50266
(515) 689-7784
demarcus.williamson11@yahoo.com

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Cierra Speller And DeMarcus Williamson

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
1173 Prairie View Drive Apt 73208
West Des Moines, IA 50266

## DEFENDANTS
Portfolio Recovery Associates, LLC., And Credit Bureau Services of Iowa, Inc.

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | [ ] 880 Defend Trade Secrets Act of 2016 | [x] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 790 Other Labor Litigation | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| | | | [ ] 791 Employee Retirement Income Security Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 USC 1692
Brief description of cause:
Defendants are reporting false information

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: January 6, 2022
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # ____  AMOUNT ____  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____